FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2013

No. 04-12-00045-CV

Clark E. **SADLER**, Clark D. Sadler, and Nancy Sadler,
Appellants

v.

Arthur **ERFURTH** and Beverly Erfurth,
Appellees

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 07-08-00296-CVF
Honorable Fred Shannon, Judge Presiding

# O R D E R

Appellants' brief was due January 28, 2013. On January 30, 2013, appellants filed an unopposed motion to abate the appeal. In the motion, appellants advised this court that "[t]he parties to this appeal have settled their complaints." Based on the settlement, appellants requested that we abate this appeal "pending U.S. Bankruptcy Court approval of the terms of the settlement." Based on appellants' representations, we granted the unopposed motion to abate and ordered appellants to file, on or before February 19, 2013, a status report advising this court of the status of the settlement and the bankruptcy court's approval of same.

On February 19, 2013, in compliance with this court's order, appellants filed an "advisory," stating that settlement documents have been signed by all parties and that they are awaiting approval by the U.S. Bankruptcy Court. Appellants asked that we continue the abatement. On March 21, 2013, we granted appellants' request to continue the abatement and ordered appellants to file a status report on or before March 25, 2013, advising this court of the status of the settlement, specifically whether it has been approved by the bankruptcy court.

On March 21, 2013, in compliance with this court's March 21, 2013 order, appellants filed their second advisory in which they explained that they are still waiting approval of the settlement from the U.S. Bankruptcy Court, and that their application to compromise and settle the claims is to be heard by the bankruptcy court on March 27, 2013. Appellants ask that we continue the abatement.

Based on the foregoing, we **GRANT** appellants' request to continue the abatement. We **ORDER** appellants to file a status report on or before April 24, 2013, advising this court of the

FILE COPY

status of the settlement, specifically whether it has been approved by the bankruptcy court. If the settlement is approved prior to April 24, 2013, we **ORDER** appellants to file a motion to dismiss the appeal, or some other motion disposing of the appeal, based on the settlement within ten days of the date the settlement is approved by the bankruptcy court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2013.



_____
Keith E. Hottle, Clerk of Court